FILED

05/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0156

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0156

---

CITY OF GREAT FALLS,

Plaintiff and Appellee,

v.

HANNAH ROSE KUNTZ,

Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 21, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 24 2023